ATTACHMENT A
ATTAINMENT STATUS/EMISSIONS SUMMARY CHART

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Amos 1 | 12012 | May 1989 | Jul 1989 | 1980 | Attainment: NO$_2$, SO$_2$, TSP, PM-10, Ozone | SO$_2$: 49 | SO$_2$: 221<br>NO$_x$: 174 | PSD<br>PSD |
| Amos 1 | 12130 | May 1989 | Jul 1989 | 1980 | Attainment: NO$_2$, SO$_2$, TSP, PM-10, Ozone | | SO$_2$: 104<br>NO$_x$: 82 | PSD<br>PSD |
| Amos 3 | 12473(APCo)/ 72778(OPCo) | Feb 1995 | June 1995 | 1992 | Attainment: NO$_2$, SO$_2$, TSP, PM-10, Ozone | SO$_2$: 555 | SO$_2$: 51 | PSD |
| Cardinal 1 | 71448/71516 | Oct 1978 | May 1980 | 1980 | Attainment: NO$_2$<br>Non-Attainment: Ozone, TSP, SO$_2$ | SO$_2$: 11,162<br>NO$_x$: 4,027 | SO$_2$: 11,592<br>NO$_x$: 4,182 | NNSR<br>NNSR |
| Cardinal 1 | 72201 | Sep 1988 | Oct 1988 | 1980 | Attainment: NO$_2$<br>Non-Attainment: Ozone, TSP, SO$_2$ | SO$_2$: 421<br>NO$_x$: 107 | SO$_2$: 608<br>NO$_x$: 154 | NNSR<br>NNSR |
| Cardinal 1 | 72373 | Mar 1990 | Dec 1991 | 1980 | Attainment: NO$_2$<br>Non-Attainment: Ozone, TSP, PM-10 (since 1991), SO$_2$ | SO$_2$: 2,400<br>NO$_x$: 614 | SO$_2$: 8,353<br>NO$_x$: 2,136<br>PM or PM$_{10}$: 26 | NNSR<br>NNSR<br>NNSR |
| Cardinal 2 | 71449/71517 | Aug 1978 | Sep 1980 | 1980 | Attainment: NO$_2$<br>Non-Attainment: Ozone, TSP, SO$_2$ | SO$_2$: 8,121<br>NO$_x$: 2,846 | SO$_2$: 11,094<br>NO$_x$: 3,887 | NNSR<br>NNSR |

1

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Cardinal 2 | 98066 | Jan 1988 | Aug 1988 | 1980 | Attainment: $NO_2$ Non-Attainment: Ozone, TSP, $SO_2$ | $SO_2$: 1,486 $NO_X$: 369 | $SO_2$: 621 $NO_X$: 154 | NNSR NNSR |
| Cardinal 2 | 98085 | Feb 1991 | Dec 1992 | 1980 | Attainment: $NO_2$ Non-Attainment: Ozone, TSP, PM-10, $SO_2$ | $SO_2$: 833 $NO_X$: 220 | $SO_2$: 8,942 $NO_X$: 2,361 PM or $PM_{10}$: 30 | NNSR NNSR NNSR |
| Clinch River 1 | 12502 | Sep 1995 | Dec 1995 | 1992 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 580 $NO_X$: 633 | $SO_2$: 316 $NO_X$: 386 | PSD PSD |
| Clinch River 2 | 12502 | Mar 1997 | May 1997 | 1992 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 379 $NO_X$: 470 | $SO_2$: 327 $NO_X$: 390 | PSD PSD |
| Clinch River 3 | 12502 | Aug 1996 | Nov 1996 | 1992 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 417 $NO_X$: 517 | $SO_2$: 323 $NO_X$: 385 | PSD PSD |
| Conesville 1 | 75140 | May 1987 | July 1987 | 1980 | Attainment: $NO_2$, Ozone, TSP/PM-10 Non-Attainment: $SO_2$ | $SO_2$: 344 $NO_X$: 101 | $SO_2$: 1,797 $NO_X$: 529 | NNSR PSD |
| Conesville 2 | 75246 | June 1987 | Sep 1987 | 1980 | Attainment: $NO_2$, Ozone, TSP/PM-10 Non-Attainment: $SO_2$ | $SO_2$: 80 | $SO_2$: 1,879 $NO_X$: 554 | NNSR PSD |

2

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Conesville 2 | 75312 | Aug 1989 | Oct 1989 | 1980 | Attainment: $NO_2$, Ozone, TSP/PM-10 Non-Attainment: $SO_2$ | $SO_2$: 133 | | NNSR |
| Conesville 3 | 75285 | Sep 1988 | Nov 1988 | 1980 | Attainment: $NO_2$, Ozone, TSP/PM-10 Non-Attainment: $SO_2$ | $SO_2$: 236 $NO_x$: 45 | | NNSR PSD |
| Kammer 1 | 72442 | Apr 1991 | Jul 1993 | 1980 | Attainment: $NO_2$, $SO_2$, Ozone, TSP Unclassifiable: PM-10 | $SO_2$: 126 | | PSD |
| Kammer 2 | 72863/72864/ 72908 | Oct 1998 | Dec 1998 | 1992 | Attainment: $NO_2$, $SO_2$, Ozone, TSP Unclassifiable: PM-10 | $SO_2$: 1,227 | | PSD |
| Mitchell 1 | 72462 | Nov 1990 | Dec 1990 | 1980 | Attainment: $NO_2$, $SO_2$, Ozone, TSP Unclassifiable: PM-10 | | $SO_2$: 268 $NO_x$: 125 | PSD PSD |
| Mitchell 1 | 72721 | July 1993 | Dec 1993 | 1992 | Attainment: $NO_2$, $SO_2$, Ozone, TSP Unclassifiable: PM-10 | $SO_2$: 502 | | PSD |
| Mitchell 2 | 72206 | Oct 1987 | Jan 1988 | 1980 | Attainment: $NO_2$, $SO_2$, Ozone, TSP | | $SO_2$: 559 $NO_x$: 224 | PSD PSD |

3

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Mitchell 2 | 72722 | Jan 1994 | Apr 1994 | 1992 | Attainment: $NO_2$, $SO_2$, Ozone, TSP Unclassifiable: PM-10 | $SO_2$: 301 | | PSD |
| Muskingum 1 | 72172 | Apr 1988 | May 1988 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 1,130 $NO_x$: 203 | $SO_2$: 1,779 $NO_x$: 320 | NNSR PSD |
| Muskingum 2 | 72173 | Feb 1988 | Apr 1988 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 871 $NO_x$: 157 | $SO_2$: 2,141 $NO_x$: 386 | NNSR PSD |
| Muskingum 3 | 72162/72254/ 72258 | June 1988 | Sep 1988 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 1,014 $NO_x$: 192 | $SO_2$: 6,606 $NO_x$: 1,252 | NNSR PSD |
| Muskingum 4 | 72163/72255/ 72259 | Sep 1987 | July 1989 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 643 $NO_x$: 126 | $SO_2$: 6,233 $NO_x$: 1,219 | NNSR PSD |
| Muskingum 4 | 72398 | Apr 1989 | July 1989 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 564 $NO_x$: 107 | $SO_2$: 1,434 $NO_x$: 272 | NNSR PSD |

4

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Muskingum 4 | 72875/72850 | Mar 2001 | June 2001 | 1992 | Attainment: $NO_2$, Ozone, $SO_2$ Unclassifiable: PM-10 | $SO_2$: 92 | | PSD |
| Muskingum 5 | 71450/71505/71665 | Oct 1978 | Aug 1980 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$, PM | $SO_2$: 25,467 $NO_X$: 4,761 | $SO_2$: 25,915 $NO_X$: 4,845 | NNSR PSD |
| Muskingum 5 | 72202 | Mar 1988 | Sep 1988 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$ Unclassifiable: PM | $SO_2$: 816 $NO_X$: 145 | $SO_2$: 889 $NO_X$: 158 | NNSR PSD |
| Muskingum 5 | 71966 | Mar 1985 | July 1985 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$ Unclassifiable: PM | $SO_2$: 7,575 $NO_X$: 1,480 PM or $PM_{10}$: 28 | $SO_2$: 7,368 $NO_X$: 1,440 PM or $PM_{10}$: 27 | NNSR PSD PSD |
| Muskingum 5 | 72372 | Aug 1990 | June 1992 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$ Unclassifiable: PM, PM-10 (since 1991) | $SO_2$: 2,392 $NO_X$: 451 | $SO_2$: 12,902 $NO_X$: 2,434 PM or $PM_{10}$: 33 | NNSR PSD PSD |
| Muskingum 5 | 72632 | Mar 1992 | June 1992 | 1980 | Attainment: $NO_2$, Ozone Non-Attainment: $SO_2$ Unclassifiable: PM, PM-10 (since 1991) | $SO_2$: 4,886 $NO_X$: 950 | | NNSR PSD |

5

| Plant/Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Sporn 1 | 12147/12166 | June 1990 | Sep 1990 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 44 | $SO_2$: 248 $NO_x$: 177 | PSD PSD |
| Sporn 2 | 72421/72446 | Dec 1990 | Apr 1991 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 42 | $SO_2$: 255 $NO_x$: 172 | PSD PSD |
| Sporn 2 | 72464 | Dec 1990 | Apr 1991 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 87 $NO_x$: 58 | $SO_2$: 47 | PSD PSD |
| Sporn 3 | 12148 | Dec 1991 | Mar 1992 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | | $SO_2$: 273 $NO_x$: 181 | PSD PSD |
| Sporn 4 | 72429 | Dec 1989 | Mar 1990 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | | $SO_2$: 239 $NO_x$: 176 | PSD PSD |
| Sporn 5 | 72477 | Mar 1990 | June 1990 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 646 $NO_x$: 362 | | PSD PSD |
| Sporn 5 | 72311 | May 1992 | Dec 1992 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 534 $NO_x$: 263 | | PSD PSD |
| Sporn 5 | 72393 | May 1992 | Dec 1992 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | | $SO_2$: 477 $NO_x$: 267 | PSD PSD |

6

| Plant/ Unit No. | CI No. | Project Start Month | Project End Month | Applicable NSR Regulations | Attainment Status at Time of Project | Rosen Table 3 – Significant Increase in Pollutants Using GADS Data (tpy) | Rosen Table 4 – Significant Increase in Pollutants Using AEP Data (tpy) | PSD or NNSR Applicability |
|---|---|---|---|---|---|---|---|---|
| Sporn 5 | 72637 | May 1992 | Dec 1992 | 1980 | Attainment: $NO_2$, $SO_2$, TSP, PM, Ozone | $SO_2$: 412 $NO_x$: 203 | | PSD PSD |
| Tanners 3 | 31236 | Feb 1988 | Apr 1988 | 1980 | Attainment: $NO_x$, $NO_2$, $SO_2$, Ozone, PM, PM-10 Non-Attainment: TSP | $SO_2$: 62 $NO_x$: 62 | | PSD PSD |
| Tanners 4 | 31140 | Aug 1987 | Dec 1987 | 1980 | Attainment: $NO_x$, $NO_2$, $SO_2$, Ozone, PM, PM-10 Non-Attainment: TSP | $SO_2$: 908 $NO_x$: 315 | $SO_2$: 1,002 $NO_x$: 348 | PSD PSD |
| Tanners 4 | 31378 | Oct 1989 | Dec 1989 | 1980 | Attainment: $NO_x$, $NO_2$, $SO_2$, Ozone, PM, PM-10 Non-Attainment: TSP | $SO_2$: 115 $NO_x$: 41 | | PSD PSD |
| Tanners 4 | 31737 | Sep 1998 | Dec 1998 | 1992 | Attainment: $NO_x$, $NO_2$, $SO_2$, Ozone, PM, PM-10 | $SO_2$: 1,463 | $SO_2$: 926 | PSD |
| Tanners 4 | 31739 | Sep 1998 | Dec 1998 | 1992 | Attainment: $NO_x$, $NO_2$, $SO_2$, Ozone, PM, PM-10 | $SO_2$: 76 | | PSD |

7