ATTACHMENT C
SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER-PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| Jeff A. Brediger | CI # 31140 – Tanners Creek Unit 4 | 24:20-23 | AEPSC Engineer (5:5-12, 6:16-18, 8:9-16) | -Did not receive training on environmental regulatory requirements with respect to completion of construction projects at boiler units (62:24-63:4, 63:15-19) <br> -Never conducted a permit analysis, emissions calculations, or permit for review for capital projects (64:12-66:24); <br> -Does not know whether CI # 31140 was ever evaluated by AEP regarding the needing a permit (67:10-17) |
| Stephen Buchanan | CI# 12012 – Amos Unit 1 | 69:6-23 | Former AEPSC, 1970-1999 (12:1-24, 17:21-18:14) | -Not familiar with the CAA, NSR, or PSD (33:18-35:8) <br> -No environmental training at AEP (35:9-11); <br> -Did not interact with AEP's environment division, and they did not train him (35:12-24) <br> -Never determined whether a project was a major modification or routine maintenance (44:14-45:3) <br> -No knowledge of WEPCO determination, no instructions about WEPCO rule/decision (46:21-47:5) <br> -In preparing capital improvement requisitions ("CIs"), never evaluated whether project would trigger NSR/NSPS; not aware of that evaluation on any other projects; never asked to provide information so someone else could make that evaluation (63:18-64:11, 153:7-:10, 155:15-:18) |

ATTACHMENT C

SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER- PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| Robert Cashner | CI # 72637 – Sporn Unit 5 | 32:5-12; 61:10-21, 67:16-68:21, 97:17-98:5 | Former AEPSC engineer, 1981-2000 (16:21-23, 18:7-19:24) | -Never spoke with AEP's environment division re air pollution issues or about Sporn Unit 5 condenser retubing project (105:15-21, 110:4-8)<br>-Never involved in evaluating a CI for compliance with air pollution laws and regs (110:17-24)<br>-Not aware of any occasion when a capital improvement project was subject to review to determine whether it met air pollution requirements (111:16-20)<br>-Prior to meeting with counsel the week before the deposition, no understanding of what new source review (112:13-16), PSD (113:1-8), or WEPCO reg/rule (113:23-114:3) meant<br>-To his knowledge not involved with NSR-related activities while at AEP (112:17-24)<br>-Never involved in evaluating whether activity was "physical change" or "routine maintenance, repair, or replacement" (115:1-116:23)<br>-No formal training at AEP re environmental laws and regulations (117:8-14) |
| James R. Cultice | CI # 72311 – Sporn Unit 5 | | 7/85-11/88 – engineer at AEP hdqrtrs – AEPSC employee (27:23-30:19); 11/88-04/01 –engineer in AEPSC MED (30:20-31:13) | -Did not discuss capital improvements with AEP's environmental division or perform environmental review of such improvements (97:15-99:5);<br>-Not aware of any occasions when a project was subject to review to determine whether it met air pollution requirements (100:2);<br>-Never heard of NSR 100:3-22);<br>-Never heard of PSD or prevention of significant deterioration (100:23-101:5)<br>-Never involved in any work relating to PSD program in connection with any of the CIs that he worked on (101:9-13) |

ATTACHMENT C
SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER- PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| Elie Dallal | CI # 72442 – Kammer Unit 1<br>CI # 72863/72864/72908 – Kammer Unit 2<br>CI # 72462 – Mitchell Unit 1<br>CI # 72721 – Mitchell Unit 1<br>CI # 72722 – Mitchell Unit 2<br>CI # 72206 – Mitchell Unit 2<br>CI # 72875/72850 – Mitchell Unit 2<br>CI # 31739 – Tanners Creek Unit 4 | 119:10-19; 93:10-94:15; 97:14-98:2; 103:20-104:7; 109:12-20; 108:16-22; 106:22-107:4<br>128:4-15; 118:19-119:4, 73:23-76:18 | Former AEPSC engineer (12:1-16, 51:14-52:3) | -Did not discuss the following CIs with AEP's environment division: #72721/72722 (109:3-6); #31739 (91:5-20); #72863/72864 (97:18-98:16)<br>-Not familiar with PSD/NSR (134:3-9)<br>-Except for coal-switching project, never did an evaluation of a construction project at a unit under CAA (134:14-19) |
| Glenn S. Davis | CI # 75140 – Conesville Unit 1<br>CI # 75246 – Conesville Unit 2<br>CI # 75312 – Conesville Unit 2<br>CI # 75285 – Conesville Unit 3<br>CI # 71665 – Muskingum River Unit 5 | 69:9-20; 83:2-6; 34:15-35:17; 42:6-10; 45:13-20 | First job out of college was with AEPSC in Canton (8:10-15); in AEPSC Boiler Section from 1984-1992, then operations (11:5-19) | -Never asked to consider whether project complied with NSR/PSD/CAA<br>-never asked to determine whether project was a major mod<br>-did not know who was in charge of determining whether projects complied with CAA (49:11-50:23) |

ATTACHMENT C
SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER-PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| Michael B. Doherty | CI # 71448/71516 – Cardinal Unit 1<br><br>CI # 71449/71517 – Cardinal Unit 2<br><br>CI # 71450/71505—Muskingum River Unit 5 | 37:5-38:13; 62:21-63:14; 78:3-5, 19-22, 24-79:6; 81:6-10, 84:7-85:11; 92:12-16; 96:21-97:23, 93:1-20; 107:10-108:12; 109:13-110:6 113:20-115:5; 119:5-120:11; 121:5-8, 121:13-122:17; 123:21-124:6; 124:20-126:3. | AEPSC manager (13:12-15:12, 21:1-7; 26:1-3) | -Was not the responsibility of the steam generation section to review specific capital improvement projects to determine whether they comply with CAA (33:3-8)<br>-Attended no meetings at AEP re WEPCO decision (34:17-19);<br>-WEPCO decision did not change in any way how the steam generation section reviewed capital improvement projects (34:23-35:2);<br>-During his time in operations services (from 1995 forward) that section did not have the responsibility to review projects for purposes of determining whether they complied with the CAA (35:3-11)<br>-During his career with AEP, he was never responsible for determining whether a physical change to a coal-fired boiler triggered NSR (35:12-17)<br>-Did not specifically evaluate projects and determine doing anything that would change anything with respect to emissions (142:10-13)<br>-Never analyzed whether physical changes to a coal-fired boiler triggered NSR(152:24-153:4, 153:6-10);<br>-Does not recall providing facts to another AEP employee to analyze whether physical change triggered NSR (153:11-154:3);<br>-Does not believe that any of the CIs he prepared or reviewed were analyzed to determine whether the projects triggered NSR (154:4-9, 154:20-155:2)<br>-Never spoke with anyone in AEP's environmental division re any projects (155:15-19) |

ATTACHMENT C
SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER-PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| John Letcavits | CI# 12148 – Sporn Unit 3<br>CI# 72429 – Sporn Unit 4 | 116:4-118:5<br>71:14-73:7 | AEPSC Engineer, but transferred to another part of the company | -No responsibilities re NSR while an engineer in the Steam Generating Section (30:9-13)<br>-Doesn't know what NSR or PSD (30:18-32:4, 32:18-33:6, 57:9-18)<br>-No NSR training (37:12-40:18, 45:24-47:6)<br>-He never reviewed a project to determine whether it was a major modification (47:18-22), including the CIs that he prepared (74:8-75:7, 80:3-6, 80:15-19, 126:2-6, 132:8-20)<br>-Not his practice on projects to consult with AEP's environmental services personnel (147:9-19)<br>-Never evaluated whether life extension could trigger PSD/NNSR (212:20-24) |
| James Pianta | CI# 12502 – Conesville Units 1,2,3<br>CI# 31737 – Tanners Creek Unit 4 | 43:19-21<br>96:9-17 | AEPSC Engineer (8:13-18, (10:9-11, 10:17-11:9) | -No training on applicability of NSR to capital projects (27:9-12)<br>-Did not get any general guidance in documents from AEP's environmental engineers re NSR (29:20-23);<br>-At time he prepared CI # 12502, he did not consider whether project might not be routine maintenance, repair or replacement (88:3-7)<br>-At time he prepared CI # 31737, he did not consider whether project might not be routine maintenance, repair or replacement (112:2-6) |
| H. Kevin Stogran | CI# 71966 – Muskingum River Unit 5 | 45:8-46:3 | AEPSC Engineer (10:15-11:12, 25:11-19) | -No understanding of what NSR is (32:21-23); nor PSD (34:24-35:4); nor NNSR (35:21-24); nor WEPCO Rule (36:23-24)<br>-No seminars, videos, memos from AEP offices on environmental regulations |

ATTACHMENT C
SUMMARY OF DEPOSITION TESTIMONY FROM AEP SERVICE CORP. MECHANICAL ENGINEERS

| ENGINEER | CI NUMBER-PLANT/UNIT | TESTIMONY REGARDING PREPARATION OF CI | DEPO. DESIGNATIONS REGARDING EMPLOYMENT | DEPO. DESIGNATIONS REGARDING CAA/NSR TRAINING/ANALYSIS |
|---|---|---|---|---|
| David L. Wehner | CI # 72373 – Cardinal Unit 1<br>CI # 98085 – Cardinal Unit 2 | 30:13-31:2; 41:13-44:3; 46:8-47:10 100:10-101:10 | AEPSC Engineer (8:1-11:15) | -Never had responsibility to analyze whether modifications triggered CAA (22:1-5)<br>-Did not analyze whether CI#s 72373 or 98085 triggered NSR (153:9-154:17) |
| Steven Zavodnick | CI # 12147/12166 – Sporn Unit 1<br>CI # 72421/72446 – Sporn Unit 2<br>CI # 72477 – Sporn Unit 5<br>CI # 72393 – Sporn Unit 5 | 88:15-90:16; 102:10-103:14, 62:19-66:2 | AEPSC engineer (12:14-20) | -No responsibilities regarding evaluating potential for NSR permit (23:1-5)<br>-Not aware that project could trigger environmental permit requirements (32:17-21)<br>-No involvement in emissions calculations (42:19-43:1);<br>-No environmental training regarding permits (131:4-9) |