IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

and

STATE OF NEW YORK, et al.,
    Plaintiff-Intervenors,

v.

AMERICAN ELECTRIC POWER SERVICE
CORP., et al.,
    Defendants.

Case Nos. 2:99-CV-1182 and 1250
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

---

OHIO CITIZEN ACTION, et al.,
    Plaintiffs,

v.

AMERICAN ELECTRIC POWER SERVICE
CORP., et al.,
    Defendants.

## ORDER

The Plaintiff United States has filed a Motion to Compel certain discovery on "non-compliant" units and the "Alstom report." (**Doc. #337**). At this juncture, the motion is **DENIED without prejudice to renewal.**

IT IS SO ORDERED.

9-19-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE