UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN ELECTRIC POWER, et al.,

    Defendants.

Case No. 2:99-cv-1182
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This Order memorializes the agreements made during the telephone conference held November 16, 2012. Plaintiffs shall file their memorandum in opposition to AEP's request to clarify the Consent Decree by November 30, 2012, and AEP shall have until December 7, 2012 to file its reply brief. The oral hearing scheduled for November 30, 2012 is **VACATED** and **RESCHEDULED** for December 11, 2012, at 2:00 p.m.

IT IS SO ORDERED.

11-19-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE