## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

                 **Plaintiff,**

      **v.**

AMERICAN ELECTRIC POWER, et al.,

                 **Defendants.**

**CASE NO. 2:99-cv-1182**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

### ORDER

The oral hearing scheduled for December 11, 2012 is **VACATED** and **RESCHEDULED** for Monday, December 17, 2012 at 9:00 a.m.  The Court will take testimony from the two witnesses discussed at length in conferences held with counsel for all parties on December 10, 2012.

**IT IS SO ORDERED**.

    12-11-2012

**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**