# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN ELECTRIC POWER, et al.,

    Defendants.

Case No. 2:99-cv-1182
No. 2:99-cv-1250
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is scheduled for a hearing on Monday, December 17, 2012 at 9 a.m. The parties are **DIRECTED** to have principal decision-makers in attendance at the hearing.

**IT IS SO ORDERED.**

**December 12, 2012**
**DATE**

*/s/ Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE