# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff,  and  STATE OF NEW YORK, ET AL.,  Plaintiff-Intervenors,  v.  AMERICAN ELECTRIC POWER SERVICE CORP., ET AL.,  Defendants. | Consolidated Cases:  Civil Action No. C2-99-1182  Civil Action No. C2-99-1250  JUDGE EDMUND A. SARGUS, JR.  Magistrate Judge Kimberly A. Jolson |
| OHIO CITIZEN ACTION, ET AL.,  Plaintiffs,  v.  AMERICAN ELECTRIC POWER SERVICE CORP., ET AL.,  Defendants. | Civil Action No. C2-04-1098  JUDGE EDMUND A. SARGUS, JR.  Magistrate Judge Kimberly A. Jolson |
| UNITED STATES OF AMERICA  Plaintiff,  v.  AMERICAN ELECTRIC POWER SERVICE CORP., ET AL.,  Defendants. | Civil Action No. C2-05-360  JUDGE EDMUND A. SARGUS, JR.  Magistrate Judge Kimberly A. Jolson |

## ORDER GRANTING UNOPPOSED MOTION TO TOLL DEADLINE IN CONSENT DECREE

This matter came before the Court on the Unopposed Motion to Toll Deadline in Consent Decree filed by the AEP Defendants, American Electric Power Service Corp., AEP Generation Resources, Inc. (successor to Ohio Power Company and Columbus Southern Power Company), Appalachian Power Company, Cardinal Operating Company, Indiana Michigan Power Company, and Kentucky Power Company. (ECF No. 578.) Plaintiffs the United States of America, the State Plaintiffs, the States of New York, Connecticut, New Jersey, Vermont, New Hampshire, Maryland, Rhode Island and the Commonwealth of Massachusetts, and the Citizen Plaintiffs, the Ohio Citizen Action, Citizens Action Coalition of Indiana, Hoosier Environmental Council, Ohio Valley Environmental Coalition, West Virginia Environmental Council, Clean Air Council, Izaak Walton League of America, United States Public Interest Research Group, National Wildlife Federation, Indiana Wildlife Federation, League of Ohio Sportsmen, Sierra Club, and Natural Resources Defense Council do not oppose the motion. The Motion is hereby **GRANTED.** (ECF No. 578.) The deadline to install a selective catalytic reduction (SCR) system at Rockport Unit 2 is tolled until June 1, 2020.

**IT IS SO ORDERED.**

11-16-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**