IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>and )<br>) Consolidated Cases:<br>) Civil Action No. C2-99-1182<br>STATE OF NEW YORK, ET AL., ) Civil Action No. C2-99-1250<br>) JUDGE EDMUND A. SARGUS, JR.<br>Plaintiff-Intervenors, ) Magistrate Judge Kimberly A. Jolson<br>)<br>v. )<br>)<br>AMERICAN ELECTRIC POWER )<br>SERVICE CORP., ET AL., )<br>)<br>Defendants. )<br>)<br>OHIO CITIZEN ACTION, ET AL., ) Civil Action No. C2-04-1098<br>) JUDGE EDMUND A. SARGUS, JR.<br>Plaintiffs, ) Magistrate Judge Kimberly A. Jolson<br>)<br>v. )<br>)<br>AMERICAN ELECTRIC POWER )<br>SERVICE CORP., ET AL., )<br>)<br>Defendants. )<br>)<br>UNITED STATES OF AMERICA )<br>) Civil Action No. C2-05-360<br>Plaintiff, ) JUDGE EDMUND A. SARGUS, JR.<br>) Magistrate Judge Kimberly A. Jolson<br>v. )<br>)<br>AMERICAN ELECTRIC POWER )<br>SERVICE CORP., ET AL., )<br>)<br>Defendants. )<br>) | |

**ORDER STAYING MOTION FOR FIFTH MODIFICATION OF CONSENT DECREE**

This matter came before the Court on the Unopposed Motion of AEP Defendants to Stay Motion for Fifth Modification of Consent Decree. (Case No. 99-1182, ECF No. 600.) The Motion is hereby **GRANTED.** The Motion for Fifth Modification of Consent Decree (Case No. 99-1182, ECF No. 584 and Case No. 99-1250, ECF No. 415) and the associated documents are hereby stayed Case No. 99-1182, ECF No. 569, 589 and Case No. 99-1250, ECF Nos. 402, 419).

IT IS SO ORDERED.

HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE