**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

       **and**

**STATE OF NEW YORK,** *et al.*               **Case Number 2:99-cv-1182**
       **Plaintiff-Intervenors,**        **Judge Edmund A. Sargus, Jr.**
                                   **Magistrate Judge Kimberly A. Jolson**

       **v.**

**AMERICAN ELECTRIC POWER**
**SERVICE CORP.,** *et al.*,
       **Defendants.**

_____

**OHIO CITIZEN ACTION,** *et al.*,
       **Plaintiffs,**

                                **Case Number 2:99-cv-1250**
       **v.**                         **Judge Edmund A. Sargus, Jr.**
                                   **Magistrate Judge Kimberly A. Jolson**

**AMERICAN ELECTRIC POWER**
**SERVICE CORP.,** *et al.*,
       **Defendants.**

**<u>ORDER</u>**

This matter is before the Court on the State of Indiana's Motion to Intervene and for Briefing Schedule. (Case No. 2:99-cv-1182, ECF No. 611; Case No. 2:99-cv-1250, ECF No. 447.) The Court sets the following briefing schedule. The State of Indiana's memorandum in support of its Motion to Intervene is due by **August 10, 2026**. Responses to the State of Indiana's Motion to Intervene are due by **September 7, 2026**. Parties may, but are not required to, file joint responses. The State of Indiana's reply, if any, is due by **September 21, 2026**.

The Court **INSTRUCTS** the State of Indiana to continue its efforts to confer with the parties and to file a status report summarizing these efforts by **August 17, 2026**.

**IT IS SO ORDERED.**

**8/5/2026**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**